**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIO SANTIAGO ON HIS OWN BEHALF AND OTHERS SIMILARLY SITUATED,**

      **Plaintiffs,**

**-vs-**           **Case No. 6:12-cv-1766-Orl-28GJK**

**MCGUINNESS II, INC., ROSA CATAPANO, JIMMY CATAPANO,**

      **Defendants.**

_____

# ORDER

This case is before the Court on the Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 35) filed September 27, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties have filed a Joint Notice of No Objection to the Report and Recommendation (Doc. No. 37), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2013 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 35) is **GRANTED** solely to the extent that the Court finds the consideration paid to Plaintiff is fair and reasonable.

3.  This case is dismissed with prejudice.

4.  The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th  day of November, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record